UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No.3:18-CR-158 |
| V. | ) | (Reeves/Poplin) |
| | ) | |
| | ) | |
| ANTHONY STOKES | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared before the undersigned for an initial appearance and arraignment hearing on indictment. Assistant United States Attorney Frank Dale, Jr. was present representing the government. Attorney Ruth Thompson Ellis was present on behalf of the Defendant. Counsel for the government moved for detention, and the defendant requested a detention hearing. The Court scheduled a **Detention Hearing** on **November 29, 2018,** at **3:00 p.m. before United States Magistrate Debra C. Poplin.** The defendant acknowledged and agreed that he would remain in detention. The defendant shall be held in custody by the United States Marshal until the detention hearing, and produced for the above scheduled hearing.

ENTER:

s/Debra C. Poplin
Debra C. Poplin
UNITED STATES MAGISTRATE JUDGE